# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 13-3863** |
| | : | |
| **Plaintiff,** | : | |
| | : | **ORIGINATING CASE NO.** |
| **vs.** | : | **5:12CR00278** |
| | : | |
| **JACK COPPENGER, JR.** | : | **MOTION TO WITHDRAW** |
| | : | **AS COUNSEL OF RECORD** |
| **Defendant.** | : | |
| | **:** | |

Now comes the undersigned counsel, pursuant to the Sixth Circuit Rules, Rule 12(c)(4), and hereby requests permission to withdraw from the above captioned matter. Mr. Coppenger has requested that counsel withdraw from this case. A letter and an affidavit from Mr. Coppenger are attached hereto.

Mr. Coppenger contacted the undersigned after he was sentenced in the Northern District of Ohio. He initially indicated that he wanted to retain the undersigned to represent him on an appeal of sentence, which was imposed on July 8, 2013. See Affidavit of William Whitaker. As the time within which to file the Notice of Appeal was short, the undersigned agreed to file a Notice of Appeal before an agreement for representation was effectuated. No contract was executed nor was any payment made because, shortly thereafter, Mr. Coppenger contacted the undersigned and indicated that he no longer wished to retain him. Id. The Notice of Appeal was filed on July 19, 2013. This was filed after Mr. Coppenger was sentenced but prior to judgment being entered in his case, which was entered on August 2, 2013.

Mr. Coppenger does not wish to have counsel appointed to him nor does he intend to retain a new attorney. See Coppenger and Whitaker Affidavits. Instead, Mr. Coppenger will proceed in the appeal of his sentence pro se. Id. Counsel discussed the hazard of proceeding pro se and the availability to have an attorney appointed if Mr. Coppenger is indigent. Id. Mr. Coppenger indicated that he still wishes to proceed pro se and does not want counsel to seek appointment of a CJA attorney. Id.

For the foregoing reasons, Attorneys Andrea Whitaker and William Whitaker respectfully request that they be permitted to withdraw from the above captioned matter.

Respectfully submitted,
WILLIAM T. WHITAKER CO., L.P.A.


 /s/ Andrea L. Whitaker_____
Andrea L. Whitaker # 00744614
William T. Whitaker # 0007322
East Mill Street, Suite 301
Akron, Ohio 44308
(330) 762-0287; (330) 762-2669 Facsimile
whitaker@whitakerlawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed this 3rd day of September, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Further, a copy of the Motion has been sent by regular and certified US mail to:

Jack Coppenger
2021 Waterbury Drive
Uniontown, Ohio  44685

/s/Andrea L. Whitaker_____